NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT DONNELL DONALDSON,**
*Petitioner,*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

---

2012-3160

---

Petition for review of the Merit Systems Protection Board in No. DA3330110862-I-2.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

The court construes Robert Donnell Donaldson's January 10, 2012 submission entitled "Formal Complaint Against Several Attorneys" as a motion for various relief, including the referral of several identified attorneys for disciplinary proceedings.

To the extent that Donaldson is arguing the merits of his case, those arguments belong in his brief.

ROBERT DONALDSON v. DHS                                                    2

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s19